

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

**MEMO ENDORSED**

May 1, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2023

By ECF
Hon. Valerie E. Caproni
United States District Court Judge
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Darwin Garcia Vargas v. United States Postal Service et al.*,
             1:23-cv-02058-VEC

Dear Judge Caproni:

      This Office represents the Government in the above-captioned action. Presently, the following deadlines are applicable in this case: (i) a joint letter attaching a proposed case management plan and scheduling order is due on May 4, 2023; (ii) an initial pretrial conference is scheduled for May 12, 2023; and (iii) the Government's response to the complaint is due on June 19, 2023. I write respectfully to request that the deadline for the joint letter be extended to June 5, 2023 and the initial pretrial conference be adjourned to June 12, 2023. I am requesting this extension because I need additional time to gather information relevant to the complaint.

      Plaintiff consents to this request. This is the Government's first request for any extension or adjournment in this case.

      Thank you for your consideration of this request.

                            Respectfully,

                            DAMIAN WILLIAMS
                            United States Attorney

                            */s/ Jeremy M. Liss*
      BY:    JEREMY M. LISS
              Assistant United States Attorney
              Southern District of New York
              86 Chambers Street, 3rd Floor
              New York, New York 10007
              (212) 637-2795
              Jeremy.Liss@usdoj.gov

cc:    Joshua M Blane, Esq.

Application GRANTED in part.  The Initial Pretrial Conference scheduled for May 12, 2023, is hereby ADJOURNED to **Friday, June 16, 2023 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' joint submission in advance of the conference shall be due no later than **June 8, 2023**.  The parties are directed to docket entry 4 for pre-conference submission requirements.

SO ORDERED.

Date: 5/2/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE