

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2023

June 6, 2023

<u>By ECF</u>
Hon. Valerie E. Caproni
United States District Court Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Darwin Garcia Vargas v. United States Postal Service et al.*,
      1:23-cv-02058-VEC

Dear Judge Caproni:

   I write on behalf of both parties to report that we believe we are close to reaching a settlement. We therefore ask that the Court (i) indefinitely adjourn all scheduled deadlines and conferences, and (ii) order the parties to file a status report by July 6, 2023. The present deadlines are as follows:

- A joint letter attaching a proposed case management plan and scheduling order is due on June 8, 2023;

- An initial pretrial conference is scheduled for June 16, 2023; and

- The Government's response to the complaint is due on June 19, 2023.

   This is the Government's second request for any extension or adjournment in this case. Thank you for your consideration of this request.

                              Respectfully,

                              DAMIAN WILLIAMS
                              United States Attorney

                                */s/ Jeremy M. Liss*
                        BY:   JEREMY M. LISS
                              Assistant United States Attorney
                              Southern District of New York
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              (212) 637-2795
                              Jeremy.Liss@usdoj.gov

cc:   Joshua M Blane, Esq.

Application GRANTED.  The Initial Pretrial Conference scheduled for June 16, 2023, is hereby ADJOURNED *sine die*.  The parties must file a joint update on the status of settlement by no later than **July 7, 2023**.  All other deadlines in this case are STAYED.

SO ORDERED.

Date: 6/7/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE